IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LORENE ROGERS,

    Plaintiff,

vs.                                    4:05-CV-149-SPM

CITI TRENDS, INC.,

    Defendant.

_____/

## ORDER DISMISSING CASE

Pursuant to the parties' "Stipulation of Dismissal With Prejudice" (doc. 21) filed December 14, 2005 and Federal Rule of Civil Procedure 41(a)(1)(ii), it is hereby

**ORDERED AND ADJUDGED** as follows:

1.    This action is dismissed with prejudice.

2.    Each party shall bear its own attorney's fees and costs.

3.    All pending motions are denied as moot.

**DONE AND ORDERED** this <u>twenty-first</u> day of December, 2005.

                       *s/ Stephan P. Mickle*
                       Stephan P. Mickle
                       United States District Judge

/pao